(110 So. 914)

### Bertha COLE v. STATE. (8 Div. 924.)

(Supreme Court of Alabama. Jan. 13, 1927.)

Certiorari to Court of Appeals.

Bradshaw & Barnett, of Florence, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

GARDNER, J. Petition of Bertha Cole for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Cole v. State, 21 Ala. App. 601, 110 So. 913.

Writ denied.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.

════════

(111 So. 46)

### BRENARD MFG. CO. v. J. R. SULLIVAN. (7 Div. 704.)

(Supreme Court of Alabama. Jan. 13, 1927.)

Certiorari to Court of Appeals.

Victor Vance, of Gadsden, for petitioner.
Hood & Murphree, of Gadsden, opposed.

MILLER, J. Petition of the Brenard Manufacturing Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Brenard Mfg. Co. v. Sullivan, 21 Ala. App. 614, 111 So. 45.

Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.